# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**LALANGIE HOSKINS**                                                                                   **PLAINTIFF**

**V.**                                                                                                 **NO. 3:17cv224-M**

**EUGENE DRODER, III, ET AL.**                                                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 14, 2018, was on that date duly served upon the parties and that more than fourteen days have elapsed since service of the Report and Recommendation. Although Plaintiff filed an objection [35], the substance of the objection opposed Defendants' *Motion for an Extension of Time* [14]—previously granted by the Magistrate Judge in her April 24, 2018 Order [29]—and not the R&R directly. Therefore, no valid objection to the R&R was filed or served by any party. The Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore **ORDERED:**

1. That the Report and Recommendation [32] of the United States Magistrate Judge dated May 14, 2018, is hereby approved and adopted as the opinion of the Court.
2. That the Plaintiff's' *Motion for Default Judgment* [18] is hereby DENIED.

**THIS**, the 12th day of October, 2018.

                                                **/s/ MICHAEL P. MILLS**
                                                **UNITED STATES DISTRICT JUDGE**
                                                **NORTHERN DISTRICT OF MISSISSIPPI**